IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOKARI MILLER, | ) |
| | ) |
|                 **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 21-cv-1390-DWD |
| | ) |
| LIEUTENANT SIMON, | ) |
| | ) |
|                 **Defendant.** | ) |

## ORDER OF DISMISSAL

**DUGAN, District Judge:**

On January 11, 2022, Plaintiff was ordered to pay an initial partial filing fee of $51.41 no later than January 26, 2022 (Doc. 11). Because he is no longer incarcerated, Plaintiff was also ordered to pay the remaining balance of the $350.00 filing fee or file an updated motion to proceed IFP with regard to the balance on or before January 26, 2022. *Id*. Plaintiff was warned that failure to comply would result in dismissal of this action. *Id*. To date, Plaintiff has not paid anything toward the $350.00 filing fee or filed an updated motion to proceed IFP.

Accordingly, this action is **DISMISSED without prejudice** for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the $350.00 filing fee for this action was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:** February 4, 2022

David W. Dugan
U.S. District Judge